**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6796**

———————

VINCENT EUGENE WILLIAMS,

Petitioner - Appellant,

versus

G. WASHINGTON, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-04-624-3-RLW)

———————

Submitted:  April 17, 2006          Decided:  April 27, 2006

———————

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Vincent Eugene Williams, Appellant Pro Se.  Amy L. Marshall, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Eugene Williams seeks to appeal the district court's order denying his request for reconsideration pursuant to Fed. R. Civ. P. 59(e). We previously reviewed this order in Williams' prior appeal. See Williams v. Washington, No. 05-6685, 144 Fed. App'x 335 (4th Cir. Sept. 30, 2005) (unpublished). Accordingly, we dismiss this appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED